UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA            CASE NO. 25-cr-00050-01

VERSUS                              JUDGE S. MAURICE HICKS, JR.

MORGAN J MOORE (01)                 MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

The order granting Dhu Thompson's motion to withdraw (Doc. 96) is vacated.

Counsel cannot withdraw until the restitution issue is resolved.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 25th day of June, 2026.

Mark L. Hornsby
U.S. Magistrate Judge